### KNIGHT v. STATE.

No. 26817.

Court of Criminal Appeals of Texas.

Feb. 3, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is upon a plea of guilty before the court on a charge of driving while intoxicated; the punishment, a fine of $75.

The record contains no statement of facts or bills of exception and nothing is presented for review by this court.

The judgment is affirmed.